| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Helen** | **J** | **Drouillard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA** | | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt
04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt.  If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary.  On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.  One way of doing so is to state a specific dollar amount as exempt.  Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit.  Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount.  However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2012 Chevrolet Impala (approx. 55,000 miles)** Line from *Schedule A/B:* __3.1__ | $2,150.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(7)** |
| Brief description: **Furniture, linens, appliances, other household goods** Line from *Schedule A/B:* __6__ | $3,000.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(4)** |
| Brief description: **Basic clothing** Line from *Schedule A/B:* __11__ | $100.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(4)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1    **Helen J Drouillard** _____    Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | | |
| Brief description: **Checking account Chase xxxx2716 Social Security and pension funds ONLY (1st exemption claimed for this asset)** Line from *Schedule A/B*: **17.1** | $1,017.76 | ☑ | $1,017.76 ☐ 100% of fair market value, up to any applicable statutory limit | La. R.S. § 11:704 |
| Brief description: **Checking account Chase xxxx2716 Social Security and pension funds ONLY (2nd exemption claimed for this asset)** Line from *Schedule A/B*: **17.1** | $1,017.76 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 42 U.S.C. § 407 |
| Brief description: **Pension plan, Teacher's (1st exemption claimed for this asset)** Line from *Schedule A/B*: **21** | Unknown | ☐ | ☑ 100% of fair market value, up to any applicable statutory limit | La. R.S. § 13-3881(D) |
| Brief description: **Pension plan, Teacher's (2nd exemption claimed for this asset)** Line from *Schedule A/B*: **21** | Unknown | ☐ | ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| Brief description: **Pension plan, Teacher's (3rd exemption claimed for this asset)** Line from *Schedule A/B*: **21** | Unknown | ☐ | ☑ 100% of fair market value, up to any applicable statutory limit | La. R.S. § 11:704 |
| Brief description: **Brighthouse annuity (1st exemption claimed for this asset)** Line from *Schedule A/B*: **23** | $2,403.35 | ☑ | $2,403.35 ☐ 100% of fair market value, up to any applicable statutory limit | La. R.S. § 20:33(1) |
| Brief description: **Brighthouse annuity (2nd exemption claimed for this asset)** Line from *Schedule A/B*: **23** | $2,403.35 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| Brief description: **Prudential life insurance policy, payout value $2290.82** Line from *Schedule A/B*: **31** | $0.00 | ☐ | ☑ 100% of fair market value, up to any applicable statutory limit | La. R.S. § 22:912(A) |
| Brief description: **Mony life insurance policy, current surrender value $16,585.66** Line from *Schedule A/B*: **31** | $0.00 | ☐ | ☑ 100% of fair market value, up to any applicable statutory limit | La. R.S. § 22:912(A) |

Debtor 1     **Helen J Drouillard** _____     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** | **Amount of the exemption you claim** | **Specific laws that allow exemption** |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2 burial plots in Michigan** Line from *Schedule A/B:* __53__ | **$1,000.00** | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 8:313** |

$9671.11