UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:             CASE NO. **18-12947**
                                                      Section "**A**"

**DROUILLARD, HELEN J**

                                                     CHAPTER 7

DEBTOR(S)

**TRUSTEE'S PETITION OF DISCLAIMER AND ABANDONMENT**

TO THE CLERK OF BANKRUPTCY COURT FOR SAID DISTRICT:

       The petition of the undersigned Trustee of the estate of the above named Debtor(s), with respect represents:

       On the grounds that there is no equity in the hereinafter described property for the Debtor(s)' estate over and above such mortgage and/or other liens as may affect the said property and such exemptions as may apply thereto, or that if there is any such equity, it is not sufficient to justify administration.

       The undersigned Trustee (in his official capacity under Federal Law) as representative of the estate of the Debtor(s), does, subject to the approval of this Court, disclaim and abandon all such right, title, and interest of the said Debtor(s) estate in and to the following described property:

(1) Household goods, appliances, and furniture. [c]
(2) Wearing apparel. [c]
(3) $1,055.14 bank account balances. [bc]
(4) Household electronics. [b]
(5) Pension benefits. [c]
(6) IRA. [c]
(7) Life insurance policies. [c]
(8) 2012 Chevrolet Impala. [ac]
(9) Interest in succession of Mildred Green, ($132.00 bank account). [b]
(10) Burial plots. [c]

                                               /s/David V. Adler     1/16/19
                                               David V. Adler, Trustee
                                               P.O. Box 55129
                                               Metairie, LA 70055-5129
                                               504-834-5465

_____

[a] Encumbered beyond value.
[b] Insufficient value or equity to justify administration.
[c] Exempt in whole or part.