**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: HELEN J DROUILLARD                    CASE NO. 18-12947; SEC A
                                             CHAPTER 13

**RESPONSE TO TRUSTEE'S MOTION TO SELL PROPERTY**
**FREE AND CLEAR OF LIENS**

NOW INTO COURT, through undersigned counsel, comes NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Creditor"), a secured creditor in the above entitled and numbered case, who respectfully represents as follows:

1.

Creditor is the holder of a note in the original principal amount of $104,800.00 dated April 10,2013 and signed by Helen Janet Drouillard, and secured by a mortgage registered in Polk County, Florida, affecting immovable property known as 7005 Hazeltine Circle, Lakeland, FL 33810.

2.

David V. Adler, ("Trustee") filed a Motion to Sell Real Property Free and Clear of Liens ("Motion to Sell") on December 10, 2019, with a hearing set for January 8, 2020 at 2:00 p.m.

3.

The Motion to Sell is proposing to sell the property for $174,000.00 and the outstanding indebtedness to Mr. Cooper in an approximate amount of $121,023.00 will be satisfied at the closing on the sale of the property. The estimated payoff as of December 23, 2019 is $123,397.70.

4.

Creditor has no opposition to the Motion to Sell as long as Creditor receives the full amount to pay the loan in full subject to a current payoff, unless a decision is made by Creditor in writing to accept a short sale, otherwise the lien will remain in effect.

5.

For the foregoing reason, Creditor responds to the Motion to Sell proposed by the Trustee.

WHEREFORE, CREDITOR PRAYS that if the Motion to Sell is granted, it is ordered that Creditor be paid in full subject to a current payoff, unless a decision is made by the Creditor in writing to accept a short sale or alternatively that its lien be recognized and shall remain in effect.

        DEAN MORRIS, L.L.C.
        1820 Avenue of America
        P. O. Box 15270
        Monroe, LA  71207-5270
        (318) 388-1440

        /S/ Jason R. Smith
        ATTORNEY FOR CREDITOR

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  HELEN J DROUILLARD  CASE NO. 18-12947
CHAPTER 13

## **CERTIFICATE OF SERVICE**

I, Jason R. Smith, hereby certify that I have notified the following interested parties of the Response to Trustee's Motion to Sell Property Free and Clear of Liens filed by NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, as reflected on the foregoing notice, to-wit:

Helen J Drouillard
18205 Monga Dr.
Covington, LA 70433

David V. Adler
Trustee
Post Office Box 55129
Metairie, LA 70055

Rachel Thyre Anderson
428 W. 21st Ave.
Covington, LA 70433

Office of the U.S. Trustee
400 Poydras Street
Suite 2110
New Orleans, LA 70130

by mailing this notice and a copy of the Response to Trustee's Motion to Sell Property Free and Clear of Liens filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 23rd day of December, 2019.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P.O. Box 15270
Monroe, LA 71207-5270
(318) 388-1440

/S/Jason R. Smith
ATTORNEY FOR CREDITOR